| | |
|---|---|
| 1 | Laura A. Stoll (SBN 255023) |
| 2 | *lstoll@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 3 | 601 S Figueroa Street<br>41st Floor |
| 4 | Los Angeles, California 90017<br>Tel.: +1 213 426 2500 |
| 5 | Fax.: +1 213 623 1673 |
| 6 | Attorneys for Defendant NATIONSTAR<br>MORTGAGE, LLC dba MR. COOPER |
| 7 | |
| 8 | Todd M. Friedman (SBN 216752)<br>*tfriedman@toddflaw.com* |
| 9 | Adrian R. Bacon (SBN 280332)<br>*abacon@toddflaw.com* |
| 10 | **LAW OFFICES OF**<br>**TODD M. FRIEDMAN, P.C.** |
| 11 | 2155 Oxnard Street, Suite 780<br>Woodland Hills, CA 91367 |
| 12 | Tel: +1 866 598 5042<br>Fax: +1 866 633 0228 |
| 13 | Attorneys for Plaintiff FRANK CORRAL |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FRANK CORRAL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC dba MR. COOPER, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 19-cv-00376-MCE-CKD<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND**<br><br>Complaint Filed: March 4, 2019<br><br>Judge: Honorable Morrison C. England, Jr.<br>Courtroom: 7 (14th Floor) |

Plaintiff Frank Corral ("Plaintiff") and Defendant Nationstar Mortgage, LLC dba Mr. Cooper ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that (1) Plaintiff shall file a First Amended Complaint ("FAC") by April 26, 2019, and (2) the deadline for Defendant to answer or otherwise respond to the FAC shall be May 28, 2019.

In further support of this Stipulation, the Parties state as follows:

1. Plaintiff filed his initial Complaint (Dkt. No. 1, "Complaint") on March 4, 2019;

2. Plaintiff served his Complaint on Defendant on March 14, 2019;

3. Defendant's answer or other response to the Complaint was initially due on April 4, 2019;

4. On March 29, 2019, pursuant to Local Rule 144(a), Defendant filed a stipulation by the Parties to extend Defendant's deadline to answer or otherwise respond to the Complaint by 28 days, through and including May 2, 2019;

5. The Parties have met and conferred, and Plaintiff intends to amend his Complaint;

6. To avoid unnecessary expenditure of time and resources by the Court and the Parties, the Parties have agreed that (1) Plaintiff shall have up to and including April 26, 2019 to file his FAC, and (2) Defendant shall have up to and including May 28, 2019 to answer or otherwise respond to the FAC.

7. This stipulated-to extension of time does not affect any event or deadline previously set by the Court.

8. This stipulated-to extension of time will not prejudice the Parties.

Therefore, it is hereby stipulated and agreed by and between the Parties, through their undersigned counsel, that, subject to Court approval, (1) Plaintiff shall have up to and including April 26, 2019 to file his FAC, and (2) Defendant shall have up to and including May 28, 2019 to answer or otherwise respond to the FAC.

/ / /

/ / /

/ / /

/ / /

STIPULATION RE AMENDED COMPLAINT AND
DEADLINE TO RESPOND                                    Case No. 2:19-CV-00376-MCE-CKD

|     |                          |                                                                    |
| --- | ------------------------ | ------------------------------------------------------------------ |
|     |                          | Respectfully submitted,                                            |
|     | Dated: April 19, 2019    | By: /s/ Laura A. Stoll                                             |
|     |                          | Laura A. Stoll                                                     |
|     |                          | lstoll@goodwinlaw.com                                              |
|     |                          | **GOODWIN PROCTER LLP**                                            |
|     |                          | Attorneys for Defendant *NATIONSTAR MORTGAGE, LLC dba MR. COOPER*  |
|     | Dated: April 19, 2019    | /s/ Adrian R. Bacon (as authorized on 4/19/19)                     |
|     |                          | Adrian R. Bacon                                                    |
|     |                          | abacon@toddflaw.com                                                |
|     |                          | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**                          |
|     |                          | Attorneys for Plaintiff *FRANK CORRAL*                             |

## ORDER

Pursuant to the Stipulation of the Parties, it is hereby ordered that:

1. Plaintiff shall have up to and including April 26, 2019 to file his First Amended Complaint.

2. Defendant shall have up to and including May 28, 2019 to answer or otherwise respond to the First Amended Complaint.

**IT IS SO ORDERED.**

**Dated: April 25, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE