Laura A. Stoll (SBN 255023)
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street
41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant NATIONSTAR MORTGAGE, LLC dba MR. COOPER

Todd M. Friedman (SBN 216752)
*tfriedman@toddflaw.com*
Adrian R. Bacon (SBN 280332)
*abacon@toddflaw.com*
**LAW OFFICES OF
TODD M. FRIEDMAN, P.C.**
2155 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Tel: +1 866 598 5042
Fax: +1 866 633 0228

Attorneys for Plaintiff FRANK CORRAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FRANK CORRAL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC dba MR. COOPER, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 19-cv-00376-MCE-CKD<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND**<br><br>Complaint Filed: March 4, 2019<br><br>Judge: Honorable Morrison C. England, Jr.<br>Courtroom: 7 (14th Floor) |

Plaintiff Frank Corral ("Plaintiff") and Defendant Nationstar Mortgage, LLC dba Mr. Cooper ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that (1) Plaintiff shall file a First Amended Complaint ("FAC") by May 3, 2019, and (2) the deadline for Defendant to answer or otherwise respond to the FAC shall be June 4, 2019.

In further support of this Stipulation, the Parties state as follows:

1. Plaintiff filed his initial Complaint (Dkt. No. 1, "Complaint") on March 4, 2019;

2. Plaintiff served his Complaint on Defendant on March 14, 2019;

3. Defendant's answer or other response to the Complaint was initially due on April 4, 2019;

4. On March 29, 2019, pursuant to Local Rule 144(a), Defendant filed a stipulation by the Parties to extend Defendant's deadline to answer or otherwise respond to the Complaint by 28 days, through and including May 2, 2019;

5. The Parties have met and conferred, and Plaintiff intends to amend his Complaint;

6. On April 19, 2019, Defendant filed a stipulation by the Parties providing that (1) Plaintiff shall have up to and including April 26, 2019 to file his FAC and (2) Defendant shall have up to and including May 28, 2019 to answer or otherwise respond to the FAC;

7. On April 26, 2019, the Court entered an order stating that (1) Plaintiff shall have up to and including April 26, 2019 to file his FAC and (2) Defendant shall have up to and including May 28, 2019 to answer or otherwise respond to the FAC;

8. The Parties have further conferred and Plaintiff intends to file his FAC on or before May 3, 2019;

9. To avoid unnecessary expenditure of time and resources by the Court and the Parties, the Parties have agreed that (1) Plaintiff shall have up to and including May 3, 2019 to file his FAC and (2) Defendant shall have up to and including June 4, 2019 to answer or otherwise respond to the FAC;

10. This stipulated-to extension of time does not affect any event or deadline previously set by the Court.

11. This stipulated-to extension of time will not prejudice the Parties.

Therefore, it is hereby stipulated and agreed by and between the Parties, through their undersigned counsel, that, subject to Court approval, (1) Plaintiff shall have up to and including May 3, 2019 to file his FAC and (2) Defendant shall have up to and including June 4, 2019 to answer or otherwise respond to the FAC.

Respectfully submitted,

Dated: April 30, 2019

By: /s/ Laura A. Stoll
Laura A. Stoll
lstoll@goodwinlaw.com
**GOODWIN PROCTER LLP**

Attorneys for Defendant *NATIONSTAR MORTGAGE, LLC dba MR. COOPER*

Dated: April 30, 2019

/s/ Adrian R. Bacon (as authorized on 4/30/19)
Adrian R. Bacon
abacon@toddflaw.com
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Attorneys for Plaintiff *FRANK CORRAL*

# ORDER

Pursuant to the Stipulation of the Parties, it is hereby ordered that:

1. Plaintiff shall have up to and including May 3, 2019 to file his FAC.

2. Defendant shall have up to and including June 4, 2019 to answer or otherwise respond to the FAC.

**IT IS SO ORDERED.**

**Dated: May 2, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system on **May 2, 2019**. I further certify that service will be accomplished by the CM/ECF system and paper copies shall be served by first class mail, postage prepaid on any counsel who are not served through CM/ECF system.

/s/ Laura A. Stoll
Laura A. Stoll