Laura A. Stoll (SBN 255023)
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street
41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant NATIONSTAR MORTGAGE, LLC dba MR. COOPER

Todd M. Friedman (SBN 216752)
*tfriedman@toddflaw.com*
**LAW OFFICES OF
TODD M. FRIEDMAN, P.C.**
2155 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Tel: +1 866 598 5042
Fax: +1 866 633 0228

Attorneys for Plaintiff FRANK CORRAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FRANK CORRAL, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE, LLC dba MR. COOPER, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 19-cv-00376-MCE-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7 – 14th Flr. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Frank Corral and

Defendant Nationstar Mortgage, LLC dba Mr. Cooper (together, the "Parties"), that, pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed in its entirety with prejudice as to Plaintiff and without prejudice as to the putative Class.  The Parties waive any and all rights to appeal and shall bear their own costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  February 2, 2021         By:   */s/ Laura A. Stoll*
Laura A. Stoll
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant *NATIONSTAR MORTGAGE, LLC dba MR. COOPER*

Dated:  February 2, 2021

*/s/ Todd M. Friedman* (as authorized on 2.2.21)
Todd M. Friedman
*tfriedman@toddflaw.com*
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Attorneys for Plaintiff *FRANK CORRAL*

### ORDER

Upon consideration of the Stipulation to Dismiss This Action with Prejudice ("Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is GRANTED.  This action is hereby dismissed in its entirety with prejudice as to Plaintiff and without prejudice as to the putative Class, with all Parties waiving any and all rights to appeal and bearing their own costs.  The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  February 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE